**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

ARMANDO MARTINEZ,

    Petitioner,

v.                                                                    No. CV 21-848 MV/CG

RICHARD MARTINEZ and
ATTORNEY GENERAL OF THE
STATE OF NEW MEXICO,

    Respondents.

### ORDER GRANTING LEAVE TO PROCEED *IN FORMA PAUPERIS*

This matter is before the Court on Petitioner Armando Martinez's *Motion for Leave to Proceed Pursuant to 28 U.S.C. § 1915*, (Doc. 2), filed August 27, 2021. Mr. Martinez seeks to prosecute his 28 U.S.C. § 2254 habeas proceeding without prepaying the $5.00 filing fee. *See* 28 U.S.C. § 1915(a)-(b). Mr. Martinez's affidavit reflects that he is unable to make the payment. The Court will therefore grant the motion.

**IT IS THEREFORE ORDERED** that Mr. Martinez's *Motion for Leave to Proceed Pursuant to 28 U.S.C. § 1915*, (Doc. 2), is **GRANTED**.

**IT IS SO ORDERED.**

                                                           THE HONORABLE CARMEN E. GARZA
                                                           CHIEF UNITED STATES MAGISTRATE JUDGE