# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

ARMANDO MARTINEZ,

    Petitioner,

v.          No. CV 21-848 MV/CG

RICHARD MARTINEZ and
ATTORNEY GENERAL OF THE
STATE OF NEW MEXICO,

    Respondents.

## ORDER GRANTING EXTENSION

**THIS MATTER** is before the Court upon Plaintiff Armando Martinez's *Unopposed Motion to Extend Time to File Response Brief* (the "Motion"), (Doc. 12), filed May 31, 2022. In the Motion, Mr. Martinez explains that his counsel has preexisting personal and professional commitments, including "two potentially dispositive hearings that he needs to prepare for," in the coming weeks. (Doc. 12 at 1). He therefore requests an additional thirty days to file his response to Respondents' arguments concerning exhaustion. *Id.* at 2. The Court, having reviewed the Motion and noting it is unopposed, finds the Motion shall be **GRANTED**.

    **IT IS THEREFORE ORDERED** that Mr. Martinez shall file his response by no later than **July 25, 2022**.

    **IT IS FURTHER ORDERED** that Respondents shall file a reply to Mr. Martinez's response by no later than **August 8, 2022**.

    **IT IS SO ORDERED.**

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE